# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

November 5, 2013

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*


No. 12-1212

| | |
|---|---|
| ACUTE CARE SPECIALISTS, II, et al, | Appeal from the United States |
| *Plaintiffs-Appellants*, | District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:11-cv-00465 |
| UNITED STATES OF AMERICA, | |
| *Defendant-Appellee*. | **Matthew F. Kennelly**, *Judge*. |

## O R D E R

On consideration of the petition for rehearing en banc, filed on October 7, 2013, no judge in active service has requested a vote, and all of the judges on the original panel have voted to DENY the petition for rehearing.

Accordingly, the petition for rehearing is **DENIED**.

It is further **ORDERED**:

The slip opinion of this court issued on August 22, 2013, is amended as follows: page 6, line 6, "agreed" should be "agree**".**